215 So.2d 124

Anna Mae LeDOUX et al.

v.

W. M. MONTGOMERY et al.

No. 49471.

Nov. 12, 1968.

In re: Anna Mae LeDoux, wife of Evans J. LeDoux, and Evans J. LeDoux applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 212 So.2d 562.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.